**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

THE SWEETWATER COALITION OF VOLUSIA COUNTY,

Plaintiff,

v.

JARED PERDUE, in his official capacity as Secretary of the Florida Department of Transportation, and BRANDON BOWMAN, in his official capacity as District Engineer, United States Army Corps of Engineers, Jacksonville District,

Defendants.

**NOTICE OF LODGING OF CORRECTED ADMINISTRATIVE RECORD**

Case No. 6:25-cv-01695-PGB-LHP

Pursuant to the Court's December 11, 2025 Case Management and Scheduling Order (Dkt. No. 63) and the Court's February 26, 2026 Endorsed Order (Dkt. No. 68), Federal Defendant served the administrative record on March 2, 2026. Since then, the parties have resolved differences regarding the administrative record without formal motion practice. Federal Defendant hereby notifies the Court that on May 8, 2026, Federal Defendant provided the contents of the corrected administrative record to the parties via a filing sharing system. Federal Defendant also notifies the Court that on May 14, 2026, Federal Defendant lodged with the

Court two USB flash drives containing the corrected administrative record for the challenged decision by the U.S. Army Corps of Engineers in this case. Attached to this Notice as Exhibit 1 is the certification of the Corps' corrected administrative record. Attached to this Notice as Exhibit 2 is the index to the corrected administrative record.

The two thumb drives containing the administrative record are being sent to the Court's Clerk's Office (one of which is a courtesy copy for the chambers of the Honorable Judge Paul Byron) via overnight FedEx carrier service.

DATED: May 14, 2026

Respectfully submitted,

*<u>/s/ Amber Dutton-Bynum</u>*
AMBER DUTTON-BYNUM
(DC Bar # 1778319)
ALEXANDER M. PURPURO
(FL Bar # 1025872)
U.S. Department of Justice
Environment & Natural Resources Division
150 M Street, NE, Ste. 3.127
Washington, D.C. 20044-7611
(202) 330-2649 (Dutton-Bynum)
(202) 353-5230 (Purpuro)
amber.dutton-bynum@usdoj.gov
alexander.purpuro@usdoj.gov

*Attorneys for the Federal Defendant*