# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

THE SWEETWATER COALITION
OF VOLUSIA COUNTY INC.,

      Plaintiff,

      v.                      Case No.:  6:25-cv-01695-PGB-LHP

COLONEL BRANDON BOWMAN,

      Defendant,

---

## ORDER

Before the Court is The Florida Department of Transportation's ("FDOT") Motion to Intervene.  Doc. No. 81.  Plaintiff does not object to the relief requested, and Defendant takes no position.  *Id.* at 10.  Upon consideration, and having considered all applicable factors, the request for intervention as a matter of right is well taken.  *See* Fed. R. Civ. P. 24(a)(2); *see also, e.g.*, *Ctr. for Biological Diversity v. U.S. Army Corps of Eng'rs*, No. 8:17-cv-618-T-23MAP, 2017 WL 4861457, at *2 (M.D. Fla. Mar. 31, 2017) (granting similar motion for intervention under Rule 24(a) as it related to permit holder).[1]

Accordingly, the motion (Doc. No. 81) is **GRANTED**, and FDOT will be permitted to intervene.  FDOT shall respond to the operative complaint (Doc. No.

---

[1] Because the Court finds intervention under Rule 24(a)(2) appropriate, there is no need to address the alternative request for permissive intervention under Rule 24(b).

39) within **ten (10) days** of the date of this Order.  FDOT must also otherwise comply with the deadlines applicable to Defendant under the Case Management and Scheduling Order.  *See* Doc. No. 63.

    **DONE** and **ORDERED** in Orlando, Florida on June 29, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

-2-